Your Name:     Selene Stewart

Address:        1164 Solano Avenue apt. 154

                Albany, CA 94706

Phone:         510-478-6802

E-mail:         Selenestewart0921@gmail.com

Pro Se Plaintiff

**FILED**

**AUG 27 2021**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one unless 1ˢᵗ complaint]*: X San Francisco  ☐ Oakland  ☐ San Jose  ☐ Eureka

**CV 21 - 6643**

LB

Selene Stewart

Plaintiff,

vs.

NADAN INC. D/B/A/ Windsor House

Convalescent Hospital

Owner Prema Thekett

Defendant.

Case Number:     *[leave blank if 1ˢᵗ complaint]*

RETALIATION
**COMPLAINT OF EMPLOYMENT
DISCRIMINATION**

DEMAND FOR JURY TRIAL *[check one]*

Yes ☐X  No ☐

COMPLAINT

PAGE 1 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

1

**PARTIES**

2    1.    **Plaintiff.** *[Write your full name]* _____Selene Stewart__

3    _____

4    2.    **Defendant.** *[Write the Defendant's full name, address, and phone number. If your employer is a federal agency or department, list the title of the head of that agency or department.]*
5    Name:    _Prema Thekket owner of NADAN INC. D/B/A/ Windsor House Convalescent

6    _____

7    Address:    101 South Orchard Avenue , Vacaville, CA 95688

8    _____

9    Telephone:    __707-448-6458

10    _____

**JURISDICTION**

11    3.    My case belongs in federal court under federal question jurisdiction because it is

12    based on *[check box for each law that applies]*:

13        ☐ X Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 *[for*

14        *claims of discrimination based on race, color, national origin, religion or sex]*

15        ☐ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634

16        ☐ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117 or

17        Rehabilitation Act, 29 U.S.C. §§ 791 *et seq.*

18        ☐ Other: _____

19    **VENUE**

20    *The counties in this district are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin,*
*Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and*
21    *Sonoma. If one of the venue options below applies to your case, this District Court is the correct*
*place to file your lawsuit. Check the box for each venue option that applies.*

22

COMPLAINT

PAGE 2 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

4. Venue is appropriate in this Court because *[check one or more that applies]*:

☐ X a substantial part of the events I am suing about happened in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her

official capacity <u>and</u> I live in this district.

## INTRADISTRICT ASSIGNMENT

*Write in the county in which the events you are suing about happened. This District has three divisions. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.*

5. Because the events happened in the County of San Francisco_(!st discrimination case

was filed in San Francisco - CV 08-00613 EDL (MEJ)_____, this

case should be assigned to the San Francisco/Oakland Division of this Court.

## STATEMENT OF FACTS

6. During the relevant time period, I was employed or sought employment by Defendant

as *[job titles]* _Licensed Vocational Nurse (LVN)

_____ The job

responsibilities included I was the medication nurse for thirty eight patients on the day of the

incident working under the supervision of a registered nurse (RN) who was supervising with the

assistant director of nurses, and the hospice  registered nurse (RN) came in to provide care for one

patient, I supervised approximately six certified nursing assistants (CNA) that day who did  bedside

care for my patients. The RNs supervise LVNs, and the LVNs Supervise the CNAs_ delegating the

responsibility so the work is not overwhelming. I medicated thirty eight patients, did wound care and

treatments, monitored vitals, blood sugars and charted the medications that I administered. Due to

the incident of one patient, the administrator asked me to submit extensive charting and I did the

next day only to find the next day that I had been fired and barred from the building and was denied

COMPLAINT

PAGE _3_ OF_38_ *[JDC TEMPLATE – Rev. 09/2018]*

1    the standard protocol of having twenty four hours to recheck charting in order to dot the I and cross

2    the T if necessary. _Any typos that were on the chart, I would have been able to correct if necessary

3    just by a chart review that every nurse is entitled to do. I gave all of the scheduled medications to

4    thirty-eight patients according to the medication book where I recorded all the given scheduled and

5    prn meditations._I also gave and recorded the narcotics and emergency medications ordered by the

6    physicians. I also assessed all the patients for any change of conditions and reported them to the

     supervising RN so that she could call the physicians and take new orders. I would supervise the

7    nurse assistants to have the patients ready for transport in the event of an appointment such as

8    dialysis or hospital appointments for MRIs or other diagnostic procedures. In the case of a transfer to

9    the emergency room, I would supervise the CNAs to get the patient ready for transfer and would

10   assess the patient in case CPR was appropriate. I counted and recorded all the narcotics in my

11   medication cart. I also gave a report to the next shift coming in, and then would chart after the

12   supervisors signed off when they left. _____

13   _____

14   _____

15   _____

16   _____

17

18       7.     I filed charges with the Equal Employment Opportunity Commission (or the

     California Department of Fair Employment and Housing) regarding Defendant's conduct on or about

19   *[April 7, 2021]*             *Statement of Facts*

20       8.     *I was issued a Right To Sue on May 29, 2021 by EEOC  (EEOC NUMBER*

21                 *846-2021-05117C)  and  FEPH  on  April  07,  2021  after  exhausting  all*

22

COMPLAINT

PAGE $\underline{4}$ OF $\underline{38}$ *[JDC TEMPLATE – Rev. 09/2018]*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*administrative remedies with several petitions for reinstatement of my nursing license to the Board of Vocational Nursing and Psychiatric Technicians. ( applications in 2011, 2017, 2019) The last denial was April 18, 2019 followed by a review of the case by the Department of Health Care Services Mandatory Suspension Desk for approximately one year before issuing a letter October 5, 2020 stating that I did not apply for reinstatement so my license was not reinstated again. I contacted the Board of Consumer Affairs and was distressed to learn that they only showed one hearing for my license. At that point all administrative remedies were exhausted on October 5, 2020. However, they did not mention that the Administrative Law Judges (persons presiding over administrative hearings for licenses in controlled industries such as nursing, and because they are not inferior officers and are only employees inherently biased to their agencies and their opinions are considered void as in Lucia vs SEC of June 18, 2018 by the United States Supreme Court. In light of this fact and since the revocation of my nursing license was part of racial discrimination and retaliation (is that why they called me racial slurs and photoshopped my ID in Blackface?) by NADAN INC. I should qualify to have my license reinstated by a Motion for Relief From Judgement (Injustice) or Order (unjust revocation of my license by the BVNPT) according to the new United States Supreme Court Ruling about the ALJs. All of the evidence supporting my claims are filed with the EEOC in a formal complaint. Please request that they forward all the pertinent exhibits to you or I will send them forward to you upon request. All of*

COMPLAINT

PAGE 5 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

1

2

*the evidence that I have is from the stubborn facts of the case and from the evidence that the state sent to me.*

9. *Paragraph 6:*

10. *This complaint alleges that because I filed and won a racial discrimination case against Winsor House Convalescent on October 27, 2008 I won a Civil Rights Case against NADAN INC. in the Northern District United States Federal Court in San Francisco case CV 08-613 EDL (MEJ) with Prema Thekket, based solely on racial discrimination, NADAN INC D/B/A Winsor House Convalescent has retaliated against me by having my nursing license revoke due to complaints of their staff. I was also released from the lawsuits in the Superior State Court of Solano County from both the Layfield family and from NADAN INC, who both falsely alleged that I did not medicate a patient, and both sued me for the same incident. Both were against me in court but due to the fact that the judge found that I was not culpable according to the substantial hard evidence of the Case No FCS029115 I was released from all the Solano County law suits on December 16, 2009. Three days later my LVN license was revoked because NADAN INC had retaliated against me when they ignored the Civil Rights order and colluded with others to pursue me with the Board of Vocational Nursing and Psychiatric Technicians with the sole purpose of have my nursing license revoked by the Board of Vocational Nurses and Psychiatric Technicians on December based on the fact that I am African American. Adding insult to injury, they are unprecedented by boldly sending a Blackface ID card to represent me in the ALC when I did not have due process. The allegations of*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*my complaint includes, on the job harassment and elder abuse against me – a senior, the yelled at me to intimidate me, the staff called me racist slurs, called me the n-word at work on July 8, 2006, and the staff singled me out and blamed me for everything everyone else did that was wrong on that day, I was fired on July 8, 2006 and forbidden to return to the building to complete my charting when the administrator requested complete charting for the day from me when it was the responsibility of the desk nurse. When the white employees sued me, instead of protecting me Winsor House Convalescent owner Prema Thekket sued me along with the plaintiffs in the families' lawsuit against the hospital. The white employees sent complaints of false allegations to the nursing board about me twice. Winsor had medical records pertaining to the patient which proves that I did not negligently or intentionally withhold pain medication from the patient. Winsor House withheld the medical chart records pertaining to the patient for 2 years and 3 months while I was legally abused in court as a human shield scapegoat to protect NADAN INC from the far more lucrative lawsuits the family would have had if they were not concentrating on an innocent victim of the corruption of NADAN INC. NADAN INC. knows how to work the government better than the government works itself and if nursing was a slave plantation, NADAN would definitely be the overseerer with the biggest whip (backlash government). On March 23, 2007 the BVNPT cleared me stating that they could not substantiate the allegations. Joelle Layfield an employee at the facility, followed up her complaint on March 26, 2006 including the $20,000.00 Citation from the state (Sir, that there nurse (the black one) cost*

COMPLAINT

PAGE __7__ OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*us $20,000.00) The citation was issued by Barbara Ebert who interviewed two of the RN impersonators working at Winsor House Convalescent that day. state citation for $20,000.00 to Winsor House Convalescent. The citation was issued by Barbara Ebert, a surveyor for the Department of Health, and her investigation included interviews with two RN impersonators on the Winsor staff. (When fake nurses, incompetent NPs, Rebellious RNs, and absent doctors are involved, does the truth matter when the patient passed away? Actions speak louder than words and that is when NADAN INC went into action double time in two courts with two nursing boards. There should have been three courts but the federal court was ignored and there should have been three boards but the medical board was ignored by NADAN) Upon discovery of the impersonators, the state did not withdraw the interviews knowing that the facility should have lost its license for using impersonators in lieu of licensed personnel. Joelle Layfield , a white Winsor House employee, sent a new complaint to the BVNPT because of the state citation to the hospital. The BVNPT issued allegations, based on the complaint of this employee and the citation included, and conducted a hearing at the Administrative Law Court with the outcome of my nursing license revocation without due process to me. NADAN INC. sent my photograph to the Administrative Law Court with a blackface ID card to represent me in my absence and to accompany the false accusations against me regardless of the hard evidence in Winsors' medical record of the patient. The Blackface representation accomplished this without my presence (I think they hate me), my license was revoked with a $20,000*

COMPLAINT

PAGE $\underline{8}$ OF $\underline{33}$ *[JDC TEMPLATE – Rev. 09/2018]*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*penalty on December 21, 2009. This is the way my nursing license was revoked in this hearing where I had no due process to attend that hearing and procedurally there were five constitutional violations in pursuit of my license in that hearing. The order was vacated with nunc pro tunc and the staff continued with a second hearing with the same complaints. This time I was invited. The next hearing was worse than the first continuing with the same procedural constitutional violations (5 of them) and the staff continued with substantial corruption of the hard evidence and stubborn facts of the case. The BVNPTs' major premise was that the narcotic medications were physicians' orders and legal. They were not legal. The medical record has all of the medical errors without signatures from the physicians until this day. The physician testified in the Administrative Law Court on February 8, 2011, and in a deposition for the Superior State Court in Solano County on June 6, 2008 that he did not order any medications for the patient, that he only ordered for the patient to be transferred to the emergency room. The Court ignored him as if all of the medical errors of the NP and the hospice RN were legal.   The completely corrupted evidence resulted in my nursing license revocation with perjury on the part of several witnesses along with the expert witness for the BVNPT for the exact same allegations as the first hearing with all the same people at the same incident at Winsor House Convalescent.   The court ignored discovery of the RN impersonators when the subpoenas for both nursing board staff members were quashed. In selecting evidence, all of my subpoenas that I served were quashed even when I had actually paid their place of employment*

COMPLAINT

PAGE _9_ OF _38_ *[JDC TEMPLATE – Rev. 09/2018]*

1

2

3

4

5

6

7

8

9

10

*for them to appear (example – all the state employees that I subpoenaed) to and the police officer (I had to pay the City $300.00) for him to take off work and when he came to court to testify for me was sent away, without him entering a single word on the record, by the Administrative Law Judge. Due to the racist factor of being blackballed from nursing, the loss of work, homelessness, and alienation from my family due to the exclusion list, I sought psychological treatment for Post-Traumatic Stress with a clinical psychologist. I incurred attorney fees in defense of the plaintiffs' lawsuit against me and NADAN INC against me. I incurred court costs, loss of income, emotional distress, moving expenses and expenses for returning to school while I was blackballed and barred from working as a nurse as I did for twenty-eight years.*

11

11.

12

12.

13

13. *Paragraph 7:*

14

14.

15

16

17

18

19

20

21

15. *After the emotional distress, loss of income, and the two- year ordeal of the State hearings for four years, I was blackballed from working as a nurse. I had four nursing jobs that I was laid off from without explanations of why only to find out that my nursing license had been revoked and the DHCS placed me, without my knowledge, when the Office of the Inspector General told me I would not be placed on the exclusion list with a global watch preventing me from passing any background checks. The DHCS placed me on the list eighteen months before my license was revoked effective June 1, 2011. I was*

22

COMPLAINT

PAGE *10* OF *38* *[JDC TEMPLATE – Rev. 09/2018]*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

on the list January 10, 2010. The University of California Law Clinic informed me I was on the list in July 2019. The first order barring me from nursing was from the first hearing and my name was never removed from the exclusion list since that time. That order was dated December 21, 2009 and then vacated because of constitutional violations. The BVNPT hired an expert witness, Linda Bailey, who perjured herself with the BVNPT and the ALC by changing all the hard evidence of the case to revoke my license a second time from the same complaints and allegations from the first ALC hearing. The AJ ignored the July 16, 2009 ruling of the Honorable Judge Scott Kays from the Superior State Court. The AJ also ignored the two RN impersonators, one supervising RN, and the other RN they said was the assistant nurse director on staff, after discovery confirming they did not have licenses with either the BRN or the BVNPT. The AJ also ignored the misconduct on the part of the hospice RN for not conveying a transfer order for the patient, changing, ordering, and administering narcotics illegally in that she stated to the state surveyor in the state survey that she ordered MSO4 and Ativan for the patient (out of the scope of the Nurse Practice Act in the Business and Professions Code) and she administered an unsafe dose according to the manufacturer of the medication for high risk renal patients. She ordered an unsafe dose every two hours. The AJ ignored the physicians when Dr. Van Aken testified in court that he did not order any medications for this patient. The AJ did not seem to understand that I had an RN supervisor that I requested to take over the care for the hospice patient because I had thirty-eight other patients to medicate and she refused to care

COMPLAINT

PAGE 11 OF 38 [JDC TEMPLATE – Rev. 09/2018]

1             *for him. The AJ was aware that the BRN confirmed that my RN supervisor did*

2             *not have a license. The AJ acted as if it was legal for the hospice RN to write*

3             *narcotic orders. The AJ did not find it alarming that the physician had ordered*

4             *to have the patient transferred to the emergency room and the hospice nurse*

5             *ignored this order. All of those folks are white, and it seems that in the ALC the*

6             *AJ could only find fault with the African American LVN even if the family came*

            *into her court and verbally abused me with vulgar racial slurs.*

7

16.

8

17. *Paragraph 8:*

9

18.

10 19. *Prema Thekket came to the hearing into the United States Northern District*

11             *Court in San Francisco on October 27, 2008 and we had a contractual order by*

12             *the Honorable Judge Maria-Elena James to walk away with the agreement that*

13             *she would bind her employees from further racial harassment and that we*

14             *would both drop all claims against one another. NADAN INC. D/B/A/ Winsor*

15             *House Convalescent continued to actively sue me until December 16, 2009 in*

            *the state court for one year and two months after the federal Civil Rights order.*

16

            *Furthermore, Prema Thekket did not bind her white employees from pursuing*

17             *me to the Administrative Law Court because the white nurses made mistakes*

18             *and the staff needed to blame me as their scapegoat to protect the white*

19             *nurses from losing their licenses when they engage in illegal procedures when I*

20             *did nothing wrong or illegal and I had a valid nursing license. The employees*

21             *continued to pursue me until my license was revoked on June 1, 2011 unjustly*

22

COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*because of the false allegations by the staff of Winsor House Convalescent. The Layfields pursued me and harassed me and my family at home and the son had at least twelve felonies. I attempted to take out restraining orders on the couple without results in Solano County. Winsor had medical records pertaining to the patient which proves that I did not negligently or intentionally withhold pain medication from the patient. Winsor's medical chart records show that the patient refused pain medication when I offered it to him on July 8, 2006, except for the medication I gave the patient at 2:30 PM on that day upon request of the son. Winsor withheld its medical chart records pertaining to the patient for 2 years and 3 months. Winsors' medical chart records pertaining to the patient shows that I gave the patient 5 milligrams of MSO4 at 2:30 PM. Prema Thekket was fully aware of the evidence in the patients' chart on the day of the incident. Prema and her husband claim to be RNs. Prema fired me, refused to defend me against the plaintiff, instead sued me in cross complaints at the onset of the plaintiffs' lawsuits against her in April 2007 in the Superior State Court until December 16, 2009 all the while knowing that the allegations were false. Prema Thekket then allowed her employees to make the same false allegations to the BVNPT and then the same false allegations at the ALC. Honorable Judge Scott Kays released me from the complaints and cross complaints from the family and NADAN INC. due to the fact that I was not culpable according to the evidence. NADAN INC continued to persecute me in the Superior State Court until December 16, 2009 and then continued to retaliate against me by pursuing me with false allegations to the BVNPT and*

COMPLAINT

PAGE 13 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

1

2

3

they took those same false allegations in the Administrative Law Court twice with the complaints by one of their employees to revoke nursing license, VN 11364 that I held since 1982. A picture is worth a thousand words – Blackface.

4

20.

5

21. *Paragraph 9:*

6

22.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

23. *The persons who had privilege to view and had access to the medical chart of the patient at Winsor were all of the management and employees involved in direct care of the patient. Prema and Anthony Thekket (Prema Stated that they were in fact RNs), the administrator Merl Davies, the Director of Nursing, Assistant Director of Nursing, the physicians, the nurse practitioner, the hospice nurses, the Department of Health state surveyors, Barbara Ebert Cathy Bleiwais, and DPH Heigi Teixeira, manager, the expert witness for the BVNPT, Linda Bailey, the Board of Vocational nurses including the investigator for the Department of Consumer Affairs, Gina Shellhammer, Enforcement Analyst for the BVNPT, all of the attorneys, the Judges of the Superior State Court, the Administrative Law Judges, the Office of the Attorney General and Deputy Attorney General Johnathan D. Cooper, the BVNPT President John P Vertido, LVN, and Amy Wyckoff, Enforcement Analyst for the BVNPT. All of them should have able to decipher the orders in a medical chart as part of their job or have access to someone who does. The medical chart is legal documentation and all of the persons above were responsible to know the difference between an order that is a medical error and a legal narcotic order. The chart is still there*

22

COMPLAINT

PAGE 14 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*for comparison and all of the narcotic orders written by the nurse practitioner are medical errors because the concentration is omitted on each one. No physician has signed them to correct them in the chart or to make them legal standing orders. The hospice nurse, an RN stated that she changed the narcotic orders and administered them against the Business and Professions Code in the interview for the State citation. The hospice physician stated that they were not legal in his deposition when he viewed them with the attorneys and me. The expert witness corrected all the narcotic orders and stated that they were physician orders and that constitutes perjury to persecute the innocent and protect the guilty ones involved in patient care that day. The citation was issued by Barbara Ebert who interviewed two of the RN impersonators working at Winsor House Convalescent that day. Silvia Baizai and Renjini Lipenda who were the supervising RNs that day were unknown by both nursing boards making them RN impersonators against the Business and Professions Code. The Administrative Law Judge, the Deputy Attorney General, the BRN, and the BVNPT were all aware of these facts. The Thekkets were aware of these facts and according to the Business and Professions Code and Barclays Rules and Regulations, Winsor House Convalescent should have lost its license instead of me. All the above allowed me to be the human shield scapegoat for NADAN INC. in four years of litigation of persecuting the innocent instead of pursuing the guilty parties.*

24.

25. *Paragraph 10:*

COMPLAINT

PAGE 15 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

1

26.

2

27. *In the state court where I was concurrently sued by the hospital and the family*

3

*for this same incident, I was released from all the complaints and cross*

4

*complaints because I was not culpable according to the substantial evidence*

5

*from the legal documentation, testimony of the physicians, facts of the case,*

6

*and the discovery pertaining to all complaints and cross-complaint in all the*

*lawsuits. NADAN INC. D/B/A Winsor House Convalescent sued me in the*

7

*Superior State Court of Solano County – Case No FCS029115 until December*

8

*16, 2009. The Layfield family also sued me in the Superior Court of California*

9

*for the County of Solano Case No. FCS029115. The Honorable J. Clinton*

10

*Peterson offered the Layfield family to settle for $5,000 exactly on February 19,*

11

*2008. The next month, NADAN INC. offered to settle with the family for*

12

*$25,000.100 on March 4, 2008. After the deposition by the hospice physician,*

13

*Dr. Terrell Bruce Van Aken on June 6, 2008 where he stated that he did not*

14

*order any medications and that he ordered the patient to be transferred to the*

15

*emergency room, along with the fact that his RN was illegally ordering and*

16

*illegally administering narcotics to the patient, the family and their attorneys*

17

*stopped coming to court. Judge Scott Kays released me from this case due to*

*the fact that I was not culpable according to the evidence. NADAN INC*

18

*continued to persecute me in the Superior State Court until December 16, 2009*

19

*and then continued to retaliate against me by pursuing me with false*

20

*allegations to the BVNPT and they took those same false allegations in the*

21

*Administrative Law Court twice with the complaints by one of their employees*

22

COMPLAINT

PAGE _16_ OF _38_ *[JDC TEMPLATE – Rev. 09/2018]*

*to revoke nursing license, VN 11364 that I held since 1982. I was then placed on the list of exclusion by the Department of Health Care Services, so I would not be able to work to obtain legal counsel thereby enabling them to continue to blackball me from nursing indefinitely.*

28.

29. *Paragraph 11:*

30.

31. *In this way I would definitely not be able to afford counsel and would not be considered a credible witness to testify against Winsor House Convalescent later for their license to be revoked for using RN impersonators in lieu of licensed personnel in their facility because it is a felony for the impersonators and a felony for the facility to hire them. For that alone, Prima Thekket should have lost her license.  These relevant facts that were ignored by the BRN, BVNPT, DHS, DHCS, the expert witness, the Deputy Attorney General, and the Administrative Law Judges. On the day of the incident, discovery revealed that my RN supervisor was an RN impersonator. I asked her to take the patient and she refused even though she did not have a patient assigned to her that day. It was also revealed by an investigation of the state that the hospice nurse ordered her own narcotics for the patient and administered them. She did not tell the hospital staff she medicated the patient and left within forty minutes stating that the after-hour hospice nurse will be in in fifteen minutes. The after-hours nurse never came to the facility. The hospice physician, Dr Van Aken noted in his deposition that his RN, Heidi Barr, had prescribed orders for*

COMPLAINT

1    *narcotics they were not legal orders. The Hospice physician gave a deposition*

2    *stating that he never ordered any medications for the patient and testified in the*

3    *Administrative Law Court that he only ordered to have the patient transferred to*

4    *the emergency room (at 4:00 PM). The transfer to the emergency room order is*

5    *an order the hospice nurse never conveyed to any of us on duty at the hospital*

     *that day. The Fire Department of Solano is across the parking lot from Winsor*

6    *House Convalescent and if called they would arrive quick. (The FD is still there)*

7    *On January 28, 2011 Medic Ambulance sent a letter to court stating that Heidi*

8    *called them at 7:37PM (seven minutes after the patient passed away) and*

9    *cancelled the call at 7:45. Heidi charted in her hospice notes that she spoke to*

10   *her physician at 4:00PM or 1600 where it states Physician Notified Time (she*

11   *wrote 1600). It was inappropriate for her to call the ambulance after the patient*

12   *passed away because I called hospice and notified them at 7:30PM when the*

13   *sister, Eleanor who had been at the bedside since 11:30 AM, came to tell us*

14   *that he had passed away. Heidi told the state that the "family hates her". I think*

     *this is why the Blackface ID was photoshopped and forwarded to the ALC.*

15

     32.

16

     33. *Paragraph 12:*

17

     34.

18

19   35. *On July 22, 2009, the Medical Board of California completed its investigation of*

     *the incident and concluded that "Based upon the information provided, it*

20   *appears your concerns relate to the care and treatment provided by the*

21   *hospice nurse." Heidi Barr, RN for the hospice physician changed doctors'*

22

COMPLAINT

1    *orders, ordered her own narcotics, and came into the facility and administered*
2    *the narcotics she ordered, left the facility without charting the medication in the*
3    *patients' chart, and did not report the dosage she administered to the*
4    *medication LVN or the supervising RN on the desk. Dr. Green, MD was not on*
     *the hospice staff to order hospice narcotics.*
5
     36.
6
     37. *Paragraph 13:*
7
     38.
8
     39. *Winsor House Convalescent was covering for the hospice nurse writing*
9    *narcotic orders and administering them without the order of a physician*
10   *because they were also cited with a second citation from Cathy Blaiwais on*
11   *October 8, 2008 by the Department of Health for allowing hospice to work in*
12   *the facility without a current contract. Winsor House Convalescent also*
13   *covered for their nurse practitioner that ordered only medical errors in the*
14   *patients' hospital chart for narcotics making it impossible for any physician to*
15   *sign any of those narcotic orders (they still await a physicians' signature.*
16   *Winsor House Convalescent was also covering and using me as a scapegoat*
17   *and human shield for their lawsuit where a fraudulent insurance policy was*
     *submitted to the court. They did this to me because I am African American and*
18   *Asian and all the other nurses that worked that day were white and Heidi Barr*
19   *said 'the family hated me'.*

20   40.

21   41. *Paragraph 14:*

22   COMPLAINT
     PAGE 19 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

42.

43. *On January 25, 2008, I filed a racial discrimination and retaliation lawsuit against NADAN INC. D/B/A Winsor House Convalescent in Vacaville, CA, and the owners are Prima and Anthony Thekket for violation of Title V11 of the Civil Rights Act of 1964. Prima Thekket came to the United States District Court of Northern District of California in San Francisco on October 27, 2008 where we entered into legal contractual agreement, and settlement that was ordered by Judge Maria- Elena James.   We agreed to walk away leaving one another alone and Prima promised to bind her employees to this contract.  This contract was valid and ordered by the Federal Court. The terms that were violated in that Joelle Layfield was employed at Winsor House Convalescent as the Manager in Social Activities and pursued me after I was cleared by the Board of Vocational Nursing and Psychiatric Technicians from their first complaint on March 23, 2007.  Joelle Layfield then sent another complaint to the BVNPT on March 26, 2007, stating that I refused medicate her father-in-law when the evidence in the Winsor House medical record of the patient shows that I did, and she told the surveyor that I did medicate him upon the request of the son. The family filed a law suit against the Winsor House Convalescent and me, alleging that I refused to medicate her father-in-law. The ID card that I had left with Juanita was summoned to the office of NADAN INC three months after I was fired. When it was sent to the Administrative Law Court in was a Blackface picture on the ID card and it was used in lieu of my presence at the first hearing where my LVN license was revoked. In legal procedures, Post Traumatic Stress*

COMPLAINT

1   *tolls the clocks and the statutes of limitations and in administrative procedures*

2   *all the administrative remedies must be exhausted. I just exhausted the*

3   *administrative remedies all the way up to the Board of Consumer Affairs in*

4   *October of 2020. I am also a whistleblower.*

44.

45. *Paragraph 15:*

46.

47. *Contrary to her position in the courts and to the BVNPT, on July 19, 2006, Joelle Layfield gave a statement to the state surveyor stating that I that I did in fact medicate her father in law upon the request of the patients' son at 2:30 PM on July 8, 2006. This statement was made by Joelle Layfield on July 19, 2006 according to the notes from the state surveyor.   The fact that I gave the medication is documented in the nurses notes and the medication record of the patients' hospital chart and is legal documentation. The surveyor of the Department of Health Care Services documented a statement from Joelle Layfield that I gave the pain medication upon the request of the son and consent of the patient and this fact is confirmed in the state surveyors handwritten notes. Then on December 28,2006, Barbara Eberts' $20,000 citation from the DHS to the facility, Winsor House Convalescent (Honorable Judge Scott Kays released me due to the fact that I was not culpable according to the evidence.)   where she omitted this fact that I medicated the patient. After the states' citation, May 18, 2007 the family filed an amended law suit, FCS029115 about this in the Superior State Court in the County of Solano, in*

COMPLAINT

PAGE 21 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

*Fairfield, CA. with the allegation that I did not medicate the patient. I was found not to be culpable and I was released from that case FCS029115. The family did not acknowledge my innocence when testifying in the Administrative Law Court. The Administrative Law Judges did not take into consideration the ruling of the Superior State Court Judges ruling. The two Administrative Law Judges did not acknowledge the United States District Court of the Northern District of California in San Francisco ruling that was submitted to the ALC nor did they attempt to honor the rulings from the two higher courts. On June 21, 2018 the Administrative Law Judges were ruled unconstitutional by the Supreme Court of the United States since they are not inferior officers appointed according to Article 2 of the Administrative Practice Act of 1945 thereby rendering them employees, who can be fired by the agency thereby making them inherently bias to the agency, instead of inferior officers or judges, who can only be removed from the bench by impeachment thereby making them independent in the judicial system. My hearings at the ALC and the ALJs reveal that in my two cases the judges were not just biased to the agency but also biased for the implementation of white privilege in that they both ignored the Violation of Title VII of the Civil Rights Act of 1964, even more egregious was the fact that they did not object to a Blackface ID, elder abuse (I am an elder) and on the job harassment where I was called racial slurs at work, the second judge and the Deputy Attorney General did not object when the family did the same in court in a calmer manor also calling me vulgar names. That kind of misconduct was allowed by the judge, and no Sargent of Arms came forward to escort them out.*

COMPLAINT

PAGE 22 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

*In reality, the white employee was allowed to vent on me with the permission of the court. Is that court a nest for systemic institutionalized racism? How many licenses of ethnic persons in controlled industries (I think it is the middle class) who stay out of trouble,  go for higher training, get an education in a discipline, graduate, pass the boards, obtain a license, pay fees for renewal, submit continuing educational requirements, work hard to support their families, succeed in their fields, only to have the license revoked at the whims of white people who state that they hate them (and you never even know that) who collude with false accusations pursue you (the affirmative action one) through three courts with perjury until you have no license, no career, and are placed on the exclusion list that no one tells you that you are on it?  In no way is this justice, it is the opposite of justice.  On June 21, 1918 when the United States Supreme Court ruled the Administrative Law Judges unconstitutional in Lucia vs SEC the opinions of these judges were rendered void.*

48.

49. *Paragraph 16:*

50.

51. *The Solano County case continued with me due to their fraudulent insurance policy that was submitted to the court (I had nothing to do with that). The family settled with the facility in July 16, 2009. The complaint by the employee of Winsor House Convalescent was based on false allegations that the hard evidence and legal documentation of the medical chart of the patient in the case refutes those allegations. Honorable Judge Scott Kays released me due*

COMPLAINT

PAGE 23 OF 38 *[JDC TEMPLATE -- Rev. 09/2018]*

*to the fact that I was not culpable according to the evidence.   The major complaint was a false allegation stating that I refused to administer medication to the patient and it is documented in the medical chart that I medicated the patient, also in the surveyors' notes, and in a polygraph examination that I submitted to on May 4, 2013 for the purpose of reinstatement of my LVN License after it was unjustly revoked by the BVNPT in the Administrative Court in Oakland, CA, with false allegations of not medicating the patient based on the complaint of an employee of NADAN, INC. D/B/A Winsor House Convalescent and owned by Prima Thekket. Joelle Layfield is the Winsor House Employee who violated the Federal Order and legal contractual agreement by the owner of the facility, Prima Thekket.  Together they colluded against me in retaliation to have my license revoked simply because I am not a white nurse and they implemented white privilege by not persecuting the white nurses who acted illegally, incompetently, and even impersonated licensed personnel. Since I did no wrong, I was strategically the right person to sue for the advantage of Prema Thekket. If they sued the white hospice nurse, who wrote orders without the physician, administered her own narcotic orders, she did not transfer the patient to the emergency room when ordered to do so by her hospice physician, she basically deserted the family and patient when they needed her emotional support and care (hospice is trained for that and were paid about twenty dollars more an hour for the specialty approximately the same as an intern or resident in the hospital $50.00/hr in 2006) not to care for another patient but rather to go chart in solitude her patient care in the hospice*

COMPLAINT

PAGE 24 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

*office. The family would have had a large settlement with Heidi Barr, the hospice physician, or the hospice service (they did not have a current contract to be in Winsor House, or NADAN INC with the truth. The family could have sued the nurse Practitioner writing all medical errors and not showing up at the hospital when she was needed for her patient of Dr. Greens'. They could have sued the RN impersonators, the RN supervisors that day and would have had a huge settlement.  Instead, they sued me and settled for $25,000.*

52.

53. *Paragraph 17:*

54.

55. *My license was valid, I did not do anything wrong, I did not break the law, I did not violate the Business and Professions Codes or Barclays Rules and Regulations. I was an LVN and not supposed to supervise the RNs. Who was sitting at the desk charting and talking on the telephone all day? I had thirty-eight patients to medicate all day from 7:00AM until 3:00 PM and when it was time to go home, I was mandated for a double shift AM to PM. I was medicating thirty-eight patients in the evening too. The family abused me like I was the private duty nurse with no regard to the thirty-seven other patients who had no complaints about my care for them that day.*

56.

57.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter which was received by me on or about *[date]May 29, 2021*

COMPLAINT

1  _____. I have attached that Notice to this Complaint. *[Attach*

2  *a copy.]*

3  *[Describe your employment with Defendant. You may want to include when you were hired, any*
   *changes in your job title or responsibilities, whether and when you received performance reviews*
4  *and what they said, and any changes in your pay, benefits, or work situation, as relevant here.]*

   58.     I worked in this facility in the capacity of a medication nurse during the years of

5  2005 through 2006. I did not have other complaints for patient care at this facility. The job

6  responsibilities included I was the medication nurse for thirty eight patients on the day of the

7  incident working under the supervision of a registered nurse (RN) who was supervising with the

8  assistant director of nurses, and the hospice  registered nurse (RN) came in to provide care for one

9  patient, I supervised approximately six certified nursing assistants (CNA) that day who did  bedside

10 care for my patients. The RNs supervise LVNs, and the LVNs Supervise the CNAs delegating the

11 responsibility of duty so the work is not overwhelming. I medicated thirty eight the standard protocol

12 of having twenty four hours to recheck charting in order to dot the I and cross the T if necessary. If

13 there were any typos that were on the chart, I would have been able to correct  them if necessary just

14 by a chart review that every nurse is entitled to do. I gave all of the scheduled medications to

15 thirty-eight patients according to the medication book where I recorded all the given scheduled and

   prn meditations. I also gave and recorded the narcotics and emergency medications ordered by the

16 physicians. I also assessed all the patients for any change of conditions and reported them to the

17 supervising RN so that she could call the physicians and take new orders.  I would supervise the

18 nurse assistants to have the patients ready for transport in the event of an appointment such as

19 dialysis or hospital appointments for MRIs or other diagnostic procedures. In the case of a transfer to

20 the emergency room, I would supervise the CNAs to get the patient ready for transfer and would

21 assess the patient in case CPR was appropriate. I counted and recorded all the narcotics in my

22 COMPLAINT

   PAGE 26 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

medication cart. I also gave a report to the next shift coming in, and then would chart after the supervisors signed off when they left. I also did wound care and treatments, monitored vitals, blood sugars and charted the medications that I administered. Due to the incident of one patient, the administrator asked me to submit extensive charting and I did the next day only to find the next day that I had been fired and barred from the building and was denthe standard protocol of having twenty four hours to recheck charting in order to dot the I and cross the T if necessary. _Any typos that were on the chart, I would have been able to correct if necessary just by a chart review that every nurse is entitled to do. I gave all of the scheduled medications to thirty-eight patients according to the medication book where I recorded all the given scheduled and prn meditations._I also gave and recorded the narcotics and emergency medications ordered by the physicians. I also assessed all the patients for any change of conditions and reported them to the supervising RN so that she could call the physicians and take new orders.  I would supervise the nurse assistants to have the patients ready for transport in the event of an appointment such as dialysis or hospital appointments for MRIs or other diagnostic procedures. In the case of a transfer to the emergency room, I would supervise the CNAs to get the patient ready for transfer and would assess the patient in case CPR was appropriate. I counted and recorded all the narcotics in my medication cart. I also gave a report to the next shift coming in, and then would chart after the supervisors signed off when the supervisor left. In this facility, I was not the charge nurse responsible for taking orders from the physicians, reporting change of conditions to the physicians or to the families, arranging transportation for appointments the patient may have had, and charting a narrative in the patients' hospital chart.  The supervising nurse performed those charge nurse duties from the desk. I did have the responsibility of reporting to the oncoming medication nurse and counting the narcotic drawer with the oncoming staff. *My license was valid, I did not do anything wrong, I did not break the law, I did not violate the*

COMPLAINT

PAGE 27 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

*Business and Professions Codes or Barclays Rules and Regulations. I did not break the law. I was an LVN and not supposed to supervise the RNs. Who was sitting at the desk charting and talking on the telephone all day? I had thirty-eight patients to medicate all day from 7:00 AM until 3:00 PM and when it was time to go home, I was mandated for a double shift AM to PM. I was medicating thirty-eight patients in the evening too. The family abused me like I was the private duty nurse with no regard to the thirty-seven other patients who had no complaints about my care for them that day.*

59.     Prema Thekkets staff was problematic in a myriad of ways. First and foremost, she had RN impersonators working in management and supervisory positions the day of the incident. Both the Board of Registered Nursing and the Board of Vocational and Psychiatric Technicians confirmed that Regini Lipendra (the supervisor of the day) and Silvia Baizai were unknown to both California boards of nursing. This is against the Business and Professions Codes 2796, 2797,  2795, 2732, 125; and Barclays Rules and Regulations in Article 3.5. - 1435.15, 1435.2, 1435.3.  Both Renjini Lipendra and Silvia Baizai wore nursing uniforms with name tags presenting them as registered nurses, RN name tags. It is the responsibility of the employer to ascertain the nurse's current authority to practice in the Business and Professions Code 2732.05. The responsibility lies with Prema Thekket as the owner of NADAN INC. Otherwise, she is part of Business and Professions Code 125. considered to be in conspiracy with unlicensed persons or who aids and assists those persons impersonating licensed personnel. Secondly, the Hospice Service did not have a current contract to be in the hospital. The Citation from the California Department of Public Health, dated October 13, 2008 was the Citation for North Bay Hospice treating patients in Winsor without a current license (we were all in court and this is when the staff was preparing to testify against me at the ALC for my license. Prema Thekket was aware of this fact along with her staff who had

COMPLAINT

PAGE 28 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

inservices about it. The hospice nurse who did have a valid license was writing her own narcotic orders and administering them against the Business and Professions Code 2725, 2053.5, 2053.6, 2726, 125.  On that day three of the nurses involved in direct patient care of the patient in the incident were breaking the law and the owner knew all of these facts.  All of the above are illegal and NADAN INC should have had their facility license revoked for using fake nurses in lieu of licensed personnel. The nurse practitioner wrote all medical errors and they are still in the medical chart to compare her errors with valid and legal orders. The court cases and the investigations roared on for four years and Winsor withheld all medical records for 2 years and 3 months. She refused to allow me to review the medical records patients' chart. The hospital staff member that sued me also knew that I was unfairly targeted for not giving medication and the Director of Nursing knew this fact. Yet, Prema Thekket allowed them to falsely accuse me even when the family followed me home and I tried to take out restraining orders because they threatened my family. (Is that malicious?) Prema protected herself by not allowing the real culprits to be sued. NADAN INC saved at least $220,000.00 allowing the family to pursue me rather than the other nurses. Baseline malpractice lawsuits are usually $250,000.00 through an insurance company.  A fraudulent insurance policy was presented in court and that is why the lawsuit was in the civil courts.  I think that is a felony and Prema was so protected by allowing everyone to persecute an innocent nurse rather than to pursue the guilty parties.The family would have had a large settlement instead of $30,000 when NADAN paid over $100,000.00 in legal fees in just one law suit. The hospice physician was in Nevada the day of the incident and  gave a deposition stating that he only ordered the patient to be transferred to the emergency room.  He stated that he did not order any medications. NADAN INC. attorneys were present at this deposition on June 6, 2008 and Prema Thekket was aware of this. At this point, for me to have credibility as a nurse would threaten her in that I could be called to testify

COMPLAINT

PAGE 29 OF 38 [JDC TEMPLATE – Rev. 09/2018]

against the hospital for the family. Prema Thekket said that her daughter was going to become an attorney when she was in the San Francisco Court. If I had my license I would be a credible witness. Without a doubt, NADAN INC acted to prevent the truth and hard evidence of the case to get to the ALC by sending misinformation to the BVNPT, a Blackface ID, and an employee whom the hospice nurse stated "the family hates her".   NADAN INC in no way attempted to assist me with my legal defense and has greatly benefited by using me as a human shield scapegoat when her facility had a bad day.  Prema and Anthony Thekket own ten skilled nursing facilities and in just Winsor alone have had the privilege of still doing business as usual since 2006, a decade and a half or fifteen years and they never had any regard for the damage they did to me and my family by not disclosing the truth about the incident on July 8, 2006 at Winsor House Convalescent in Vacaville, CA. Those hospitals are as follows:

60.     1. NADAN INC. is a California corporation with its principal place of business in Vacaville, CA. It is the licensee of Winsor House Convalescent Hospital.

61.     2. THEKKET HEALTH SERVICES, INC. dba Martinez Convalescent Hospital a CAlifornia corporation with its principal place of business inm Martinez. It is the licensee of Martinez Convalescent Hospital.

62.     NADHI. INC. is a CAlifornia corporation with its principal place of business in Hayward, California. It is the licensee of Gateway Care and Rehabilitation Center.

63.     SANDYA, INC. is a California corporation with its principal place of business in Sebastopol, California. It is the licensee of Fircrest Convalescent Hospital.

64.     KAYAL INC. is a California corporation with its principal place of business in Hayward, California. It is the licensee of Baypoint Health Care Center.

COMPLAINT
PAGE 30 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

65.     SAGAR, INC. is a California corporation with its principal place of business in Fairfield, California. It is the licensee of La Mariposa Rehabilitation Center.

66.     AAKASH, INC. is a California corporation with its principal place of business in Fremont, California. It is the license of Park Central Care and Rehabilitation Center.

67.     KARMA, INC. is a California corporation with its principal place of business in Manteca, California. It is the licensee of Manteca Care and Rehabilitation Center.

68.     BAYVIEW CARE INC. is a California Corporation with its principal place of business in Hayward, California. It is the licensee of Hilltop CAre Center in Hayward, California.

69.     PAKSN, INC. is a California corporation with its principal place of business in Vacaville, California. It administers and operates the skilled nursing facilities listed in all the above facilities.

70.     PREMA AND ANTHONY THEKKET are individuals who own, manage, operate, administers, licenses, and supervises the corporations listed above and each of these facilities is a skilled nursing facility as defined in the Health and Safety Code section 1250.  At all times the Thekkets, et al, have regularly conducted business throughout the State of California, including but not limited to the ownership, licensing, administration, operation, management, and/or supervision of all the above facilities.  There is sufficient unity of interest and ownership among them that the a of one are for the benefit and can be imputed to the acts of the other. The unmit of interest and relationship between the two is evidenced by: Antony and Prema Thekket own all of the facilities and either make or approve key decisions concerning each facilities' operations such as staffing levels, employee hiring and firing, budgets, and related issues, which decisions and directives on information and belief, were made for their benefit; Prema and Antony Thekket represent the Facilities and communicate with the Department of Health Services with respect to licensing issues

COMPLAINT

PAGE 31 OF 38 [JDC TEMPLATE – Rev. 09/2018]

1    affecting the Facilities, Prema and Antony Thekket between themselves serving as administrator

2    and/or acting administrator at the Facilities; the individual and corporation procure labor, services

3    and/or one anothers' debts and/or financial commitments. Therefore, they are responsible for the

4    conduct of the facilities and responsible for any injuries and damages to injured parties. The

5    Thekkets do have deep pockets, yet in no way does that place them above the law or give them

     diplomatic immunity to conduct their corporations and businesses illegally, immorally, or unethically

6    according to the law, California Business and Professions Codes, and BArclays Codes of

7    Regulations governing all the rest of us. (A hypothetical question concerning this point is that if the

8    Presidents of AMerica are subject to the law in this country, then what is it about the Thekkets that

9    places them above the law?) America does not have a caste system where some people are treated

10   like untouchables and slaves and the privileged high caste is immune to rule of law.

11        71.    I will submit my EEOC complaint as EXIBIT 1  because it has exhibits included  that

12   completely document my complaint of racial discrimination and retaliation against me by NADAN

13   INC. to protect themselves and their corporations from a justified law suit that could have cosrt them

14   their businesses by lost of their license in Winsor House which may have prevented them from

15   holding the licenses in all the above facilities. In closing, I reiterate that NADAN INC. maliciously

16   and illegally persecuted me in a lawsuit and then pursued me to have my license revoked instead of

     their license to own multiple facilities. If you just follow the money, they spent more money on legal

17   fees than settling with the family. They have made more money in ten facilities in fifteen years than

18   they had to pay in legal fees. My license was unjustly revoked to the advantage of Prema Thekket

19   with false allegations that Prema Thekket had full documentation showing the truth in the medical

20   records of Winsor that they withheld for two years and three months rather than to reveal the truth in

21   a timely manner that she certainly had the choice to do. My nursing license was revoked with four

22   COMPLAINT

PAGE 32 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

Constitutional Violations that could have been prevented if only NADAN INC. had been an honest company to come forward with the truth. The only people who do not have due process in America are slaves and it is my belief that even the slaves did not have Blackface IDs sent to represent them by any of the plantation owners for the purpose of persecution in a court of law before judges. I am aware that in Prema Thekkets' home country, Punjabi, there are fourteen million slaves today and the continent of India has forty-eight million slaves now and an ancient caste system still in place for social order. Perhaps that could desensitize people about human and civil rights, however, this is America and we are a meritocracy based on democracy and rule of law.

72.

**Demand for Relief**

Plaintiff respectfully requests the following relief:

COMPLAINT
PAGE 33 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

1. Equitable relief *[such as reinstatement, back pay, or front pay]*

2. Compensatory damages *[such as for emotional distress and costs of finding new employment]*

3. Costs and attorneys' fees as permitted by law

4. Any other relief the Court deems proper

☐ *X [list other relief]_X_Equitable _Restitution, Damages, Emotional Distress because of Alienation from Family who have Security Clearances, Emotional Stress for new abject poverty and homelessness, Medical Bills*

☐ *for Post Traumatic Stress Syndrome and Emergency Surgery for an Appendectomy while homeless with no insurance because I could no longer afford Blue Cross/Blue Shield that I dropped January, 2010 because of no license, Expenses for Returning to School After being Barred from Nursing and Blackballed from Gainful Employment including all Student Loans (I was not in debt before all this started) Punitive Damages, Loss of Inheritance after my father and step father(the family disinherited me) due to lawsuits against me, Relief from debt incurred after this entire ordeal since 2006 including taxes. _Relief according to evidence, malice, oppression, and reckless indifference on the part of NADAN INC.*

---

*[Note this list does not include punitive damages. In certain cases, punitive damages may be awarded if the employer engaged in discrimination with malice, oppression, or reckless indifference to your rights under federal law. If this applies to your case, mark the box above, write in punitive damages, and make sure that the pages in your Complaint include facts to show that your employer acted with malice, oppression, or reckless indifference.]*

COMPLAINT

PAGE 34 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

**Demand for Jury Trial**

Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date:   August 27, 2021         Sign Name:   _Selene Stewart_

                                Print Name:   Selene Fumie Stewart

COMPLAINT
PAGE 35 OF 38 *[JDC TEMPLATE – Rev. 09/2018]*

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Selene E. Stewart<br>1164 Salano Ave #154<br>Albany, CA 94706 | From: | Oakland Local Office<br>1301 Clay Street<br>Ste. 680-North<br>Oakland, CA 94612 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| **846-2021-05117** | **Bryan G. Hoss,<br>Intake Supervisor** | **(510) 956-0015** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| **X** | The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. |
| | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| | Other *(briefly state)* |

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bryan Hoss
Bryan Hoss
cn=Bryan Hoss, o=Equal Employment
Opportunity Commission,
email=bryan.hoss@eeoc.gov, c=US
2021.05.29 17:22:48 -07'00'

05-29-2021

Enclosures(s)

**For/ Steven T. Hunt,<br>Director**

*(Date Issued)*

cc:     **Heather Beasley<br>Payroll Manager<br>NADHAN INC. D/B/A WINDSOR HOUSE<br>CONVALESENT HOSPITAL<br>101 South Orchard Ave<br>Vacaville, CA 95688**

1    *[Copy this page and insert it where you need additional space to explain what happened.]*

2    ____. _____

3    _____

4    _____

5    _____

6    _____

7    ____. _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   ____. _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   ____. _____

20   _____

21   _____

22   COMPLAINT

PAGE 36 OF 38 *[JDC TEMPLATE – 7/17]*

STATE OF CALIFORNIA | State and Consumer Services Agency

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2218 Kausen Drive, Suite 100 | Elk Grove, CA | 95758
800-884-1684 | Videophone for the DEAF 916-226-5285
www.dfeh.ca.gov | e-mail: contact.center@dfeh.ca.gov

GAVIN NEWSOM, GOVERNOR

DIRECTOR KEVIN KISH

| | |
|---|---|
| EEOC Number: | 846-2021-05117C |
| Case Name: | Selene E. Stewart vs. NADHAN INC. D/B/A WINDSOR HOUSE CONVALESENT HOSPITAL |
| Filing Date: | April 07, 2021 |

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH), a state agency, and the United States Equal Employment Opportunity Commission (EEOC), a federal agency. The complaint will be filed in accordance with California Government Code section 12960. The notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your state Right to Sue notice. This state Right to Sue Notice allows you to file a private lawsuit. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above- referenced complaint. The lawsuit may be filed in a State of California Superior Court.

Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice or, pursuant to Government Code section 12965, subdivision (d)(2), 90 days from receipt of the federal right-to-sue letter from the EEOC, whichever is later. You should consult an attorney to determine with accuracy the date
by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

(Revised 11/2016)

COMPLAINT

PAGE 37 OF 38 *[JDC TEMPLATE – 7/17]*

- 4 -

//
//

COMPLAINT
PAGE 38 OF 38 *[JDC TEMPLATE – Rev. 05/2017]*