United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>NADHAN INC., *et al*.,<br><br>    Defendants. | Case No. 21-cv-06643-SI<br><br>**ORDER TO SHOW CAUSE BY NOVEMBER 3, 2021 WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On August 27, 2021, plaintiff Selene Stewart filed this lawsuit against defendants Nadhan Inc. d/b/a/ Windsor House Convalescent Hospital and Prema Thekett. Plaintiff is representing herself.

On October 4, 2021, defendants filed a motion to dismiss the complaint. Defendants' motion argues that plaintiff has failed to state a claim because, among other reasons, the events described in her complaint occurred over fifteen years ago and thus are barred by the applicable statutes of limitations. Defendants also request judicial notice of a settlement agreement entered into between plaintiff and defendants, and defendants assert that plaintiff's claims are also barred by that settlement agreement.

Plaintiff's opposition was due by October 18, 2021. Plaintiff did not file an opposition. The Court's Clerk emailed plaintiff and defense counsel several times to inquire about the status of the motion, and received no response from plaintiff. Plaintiff has not taken any action in this case since August 30, when she filed a declination to proceed before a Magistrate Judge.

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE no later than November 3, 2021 why this case should not be dismissed without prejudice for failure to prosecute**. If plaintiff responds to this order and states that she intends to pursue this case, the Court will set a

new deadline for the filing of the opposition brief.  If plaintiff does not respond to this order, **the Court will dismiss this lawsuit without prejudice**.  The Court has previously advised plaintiff about the resources available to plaintiffs who are representing themselves, *see* Dkt. No. 6, and the Court strongly encourages plaintiff to access those resources if she wishes to pursue this case.

**IT IS SO ORDERED**.

Dated: October 25, 2021

SUSAN ILLSTON
United States District Judge