UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SELENE STEWART,

    Plaintiff,

v.

NADHAN INC., *et al*.,

    Defendants.

Case No. 21-cv-06643-SI

**ORDER RE: DEFENDANTS' MOTION TO DISMISS**

On October 25, 2021, the Court issued an order to show cause directing plaintiff to explain why this case should not be dismissed for failure to prosecute in light of plaintiff's failure to respond to defendants' motion to dismiss the complaint. On October 29, plaintiff filed a response and an opposition to the motion to dismiss.

The Court will allow defendants to file a reply brief no later than November 5, 2021. The Court will then take the matter under submission. The November 12, 2021 hearing is VACATED.

**IT IS SO ORDERED**.

Dated: November 1, 2021

                            SUSAN ILLSTON
                            United States District Judge