UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>NADHAN INC., *et al*.,<br><br>    Defendants. | Case No. 21-cv-06643-SI<br><br>**JUDGMENT** |

The Court has dismissed the complaint without leave to amend. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 8, 2021

SUSAN ILLSTON
United States District Judge